UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
Case No. 5:24-cv-7019-MGL-KDW

| | | |
|---|---|---|
| JASMINE R. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JOINT 26(F) REPORT** |
| | ) | |
| SOUTH CAROLINA STATE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒  We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

**Dated: August 14, 2025**

**[SIGNATURE PAGE TO FOLLOW]**

| WUKELA LAW FIRM | RILEY POPE & LANEY, LLC |
|---|---|
| s/ Pheobe A. Clark | /s/ Peter M. Balthazor |
| Pheobe A. Clark #9888 | Peter M. Balthazor #9236 |
| pclark@wukelalaw.com | peteb@rplfirm.com |
| Post Office Box 13057 | Post Office Box 11412 |
| Florence, South Carolina 29504 | Columbia, South Carolina 29211 |
| T: (843) 669-5364 | T: (803) 779 - 9993 |
| F: (843) 669-5150 | F: (803) 239 - 1414 |
| ATTORNEYS FOR THE PLAINTIFF | ATTORNEYS FOR DEFENDANTS |