UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG  DIVISION
Case No.  5:24-cv-7019-MGL-KDW

| | | |
|---|---|---|
| JASMINE R. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JOINT 26(F) DISCOVERY PLAN** |
| | ) | |
| SOUTH CAROLINA STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Parties respectfully submit the following Discovery Plan:

(A)  What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made.

**RESPONSE:**  The Parties have agreed to waive the exchange of initial disclosures under Rule 26(a)(1).

(B)  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

**RESPONSE:** Discovery will be needed on Plaintiff's claims of discrimination as raised in the Complaint and Defendant's defenses thereto, and discovery should be completed by January 2, 2026 per the Scheduling Order.  Discovery does not need to be conducted in phases or limited to or focused upon particular issues.

(C)     Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.

**RESPONSE:** None at this time, The Parties agree that any responsive electronically-stored information will be produced  via email or removable disc.


(D)     Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.

**RESPONSE:** The Parties will  move for entry of the Court's form confidentiality order to govern the collection and use of discovery pertaining to confidential or proprietary information, third-party personnel records, medical records, and other confidential records should the need for that private evidence  come up during discovery.


(E)     What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**RESPONSE:** None at this time.


(F)     Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE:** None at this time.


Respectfully submitted this 14th day of August, 2025.


**[SIGNATURE PAGE TO FOLLOW]**

WUKELA LAW FIRM

s/ Pheobe A. Clark
Pheobe A. Clark #9888
pclark@wukelalaw.com
Post Office Box 13057
Florence, South Carolina  29504
T: (843) 669-5364
F: (843) 669-5150

ATTORNEYS FOR THE PLAINTIFF

RILEY POPE & LANEY, LLC

/s/ Peter M. Balthazor
Peter M. Balthazor #9236
peteb@rplfirm.com
Post Office Box 11412
Columbia, South Carolina 29211
T: (803) 779 - 9993
F: (803) 239 - 1414

ATTORNEYS FOR DEFENDANTS